UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH CARLSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; and WELLS FARGO & COMPANY EMPLOYEE WELFARE BENEFIT PLAN,<br><br>　　　　Defendants. | CASE NO. SACV12-00116 JST (MLGx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

**IT IS HERBY ORDERED** that, pursuant to the parties' Stipulation Re Dismissal of Action with Prejudice, this action shall be, and hereby is, dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: September 19, 2012

　　　　　　　　　　　　　　　　　　Hon. Josephine Staton Tucker
　　　　　　　　　　　　　　　　　　United States District Judge

RC1/6631229.1/RR2

ORDER RE DISMISSAL OF ACTION WITH PREJUDICE
CASE NO. SACV12-00116 JST